**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 5/1/2012 | 5/31/2012 | 001 | Copper, Total | 0.6 | 0.4 | mg/L | Average Monthly |
| 6/1/2012 | 6/30/2012 | 101 | Nickel, Total | 0.57 | 0.55 | mg/L | Daily Maximum |
| 6/1/2012 | 6/30/2012 | 101 | Copper, Total | 1.8 | 1.6 | lbs/day | Average Monthly |
| 6/1/2012 | 6/30/2012 | 101 | Copper, Total | 5.4 | 3 | lbs/day | Daily Maximum |
| 6/1/2012 | 6/30/2012 | 101 | Nickel, Total | 2.5 | 2.2 | lbs/day | Daily Maximum |
| 2/1/2013 | 2/28/2013 | 001 | Copper, Total | 1 | 0.4 | mg/L | Average Monthly |
| 2/1/2013 | 2/28/2013 | 001 | Copper, Total | 3.1 | 0.8 | mg/L | Daily Maximum |
| 4/1/2013 | 4/30/2013 | 101 | Copper, Total | 3.3 | 3 | lbs/day | Daily Maximum |
| 7/1/2013 | 7/31/2013 | 101 | Nickel, Total | 1.01 | 0.55 | mg/L | Daily Maximum |
| 7/1/2013 | 7/31/2013 | 101 | Nickel, Total | 3.1 | 2.2 | lbs/day | Daily Maximum |
| 9/1/2013 | 9/30/2013 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 9/1/2013 | 9/30/2013 | 101 | Copper, Total | 1.56 | 0.61 | mg/L | Average Monthly |
| 9/1/2013 | 9/30/2013 | 101 | Total Suspended Solids | 22 | 15 | mg/L | Average Monthly |
| 9/1/2013 | 9/30/2013 | 101 | Copper, Total | 5.68 | 1.28 | mg/L | Daily Maximum |
| 9/1/2013 | 9/30/2013 | 101 | Total Suspended Solids | 43 | 20 | mg/L | Daily Maximum |
| 9/1/2013 | 9/30/2013 | 101 | Copper, Total | 3.4 | 1.6 | lbs/day | Average Monthly |
| 9/1/2013 | 9/30/2013 | 101 | Copper, Total | 12.9 | 3 | lbs/day | Daily Maximum |
| 9/1/2013 | 9/30/2013 | 101 | Total Suspended Solids | 28 | 20 | mg/L | Daily Maximum |
| 10/1/2013 | 10/31/2013 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 10/1/2013 | 10/31/2013 | 101 | Total Suspended Solids | < 26 | 15 | mg/L | Average Monthly |
| 10/1/2013 | 10/31/2013 | 101 | Total Suspended Solids | 39 | 20 | mg/L | Daily Maximum |
| 10/1/2013 | 10/31/2013 | 101 | Total Suspended Solids | 28 | 20 | mg/L | Daily Maximum |
| 10/1/2013 | 10/31/2013 | 101 | Total Suspended Solids | 23 | 20 | mg/L | Daily Maximum |
| 10/1/2013 | 10/31/2013 | 101 | Total Suspended Solids | 35 | 20 | mg/L | Daily Maximum |
| 11/1/2013 | 11/30/2013 | 101 | Copper, Total | 0.72 | 0.61 | mg/L | Average Monthly |
| 11/1/2013 | 11/30/2013 | 101 | Total Suspended Solids | < 22 | 15 | mg/L | Average Monthly |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 11/1/2013 | 11/30/2013 | 101 | Copper, Total | 1.73 | 1.28 | mg/L | Daily Maximum |
| 11/1/2013 | 11/30/2013 | 101 | Total Suspended Solids | 37 | 20 | mg/L | Daily Maximum |
| 11/1/2013 | 11/30/2013 | 101 | Copper, Total | 3.5 | 3 | lbs/day | Daily Maximum |
| 11/1/2013 | 11/30/2013 | 101 | Total Suspended Solids | 25 | 20 | mg/L | Daily Maximum |
| 11/1/2013 | 11/30/2013 | 101 | Total Suspended Solids | 21 | 20 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 001 | Copper, Total | 1.6 | 0.4 | mg/L | Average Monthly |
| 12/1/2013 | 12/31/2013 | 001 | Copper, Total | 2 | 0.8 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 001 | Copper, Total | 1.2 | 0.8 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 101 | Copper, Total | 0.73 | 0.61 | mg/L | Average Monthly |
| 12/1/2013 | 12/31/2013 | 101 | Total Suspended Solids | < 44 | 15 | mg/L | Average Monthly |
| 12/1/2013 | 12/31/2013 | 101 | Copper, Total | 1.35 | 1.28 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 101 | Total Suspended Solids | 83 | 20 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 101 | Total Suspended Solids | 27 | 20 | mg/L | Daily Maximum |
| 12/1/2013 | 12/31/2013 | 101 | Total Suspended Solids | 60 | 20 | mg/L | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 001 | Copper, Total | 1.4 | 0.4 | mg/L | Average Monthly |
| 1/1/2014 | 1/31/2014 | 001 | Copper, Total | 1.4 | 0.8 | mg/L | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Copper, Total | 1.05 | 0.61 | mg/L | Average Monthly |
| 1/1/2014 | 1/31/2014 | 101 | Nickel, Total | 0.45 | 0.37 | mg/L | Average Monthly |
| 1/1/2014 | 1/31/2014 | 101 | Copper, Total | 2.38 | 1.28 | mg/L | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Nickel, Total | 1.32 | 0.55 | mg/L | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Total Suspended Solids | 23 | 20 | mg/L | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Copper, Total | 2.2 | 1.6 | lbs/day | Average Monthly |
| 1/1/2014 | 1/31/2014 | 101 | Copper, Total | 5.2 | 3 | lbs/day | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Nickel, Total | 2.9 | 2.2 | lbs/day | Daily Maximum |
| 1/1/2014 | 1/31/2014 | 101 | Copper, Total | 1.4 | 1.28 | mg/L | Daily Maximum |
| 3/1/2014 | 3/31/2014 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 3/1/2014 | 3/31/2014 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 4/1/2014 | 4/30/2014 | 101 | Copper, Total | 2.01 | 1.28 | mg/L | Daily Maximum |
| 4/1/2014 | 4/30/2014 | 101 | Copper, Total | 1.8 | 1.6 | lbs/day | Average Monthly |
| 4/1/2014 | 4/30/2014 | 101 | Copper, Total | 6.7 | 3 | lbs/day | Daily Maximum |
| 7/1/2014 | 7/31/2014 | 101 | Oil and Grease | 13 | 10 | mg/L | Daily Maximum |
| 8/1/2014 | 8/31/2014 | 001 | Copper, Total | 0.9 | 0.4 | mg/L | Average Monthly |
| 8/1/2014 | 8/31/2014 | 001 | Copper, Total | 1.5 | 0.8 | mg/L | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 001 | Copper, Total | 4.5 | 0.4 | mg/L | Average Monthly |
| 10/1/2014 | 10/31/2014 | 001 | Copper, Total | 8.2 | 0.8 | mg/L | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 101 | pH | 7.3 | 7.5 | S.U. | Minimum |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 1.74 | 0.61 | mg/L | Average Monthly |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 4.1 | 1.28 | mg/L | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 4.5 | 1.6 | lbs/day | Average Monthly |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 10.1 | 3 | lbs/day | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 4.7 | 3.0 | lb/day | Daily Maximum |
| 10/1/2014 | 10/31/2014 | 101 | Copper, Total | 1.52 | 1.28 | mg/L | Daily Maximum |
| 11/1/2014 | 11/30/2014 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 11/1/2014 | 11/30/2014 | 001 | Copper, Total | 1 | 0.8 | mg/L | Daily Maximum |
| 11/1/2014 | 11/30/2014 | 101 | pH | 6.8 | 7.5 | S.U. | Minimum |
| 11/1/2014 | 11/30/2014 | 101 | Copper, Total | 0.63 | 0.61 | mg/L | Average Monthly |
| 12/1/2014 | 12/31/2014 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 12/1/2014 | 12/31/2014 | 101 | Copper, Total | 112.7 | 0.61 | mg/L | Average Monthly |
| 12/1/2014 | 12/31/2014 | 101 | Total Suspended Solids | < 480 | 15 | mg/L | Average Monthly |
| 12/1/2014 | 12/31/2014 | 101 | Chromium, Total | 0.41 | 0.37 | mg/L | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Copper, Total | 561 | 1.28 | mg/L | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Nickel, Total | 1.63 | 0.55 | mg/L | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Total Suspended Solids | 2360 | 20 | mg/L | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Copper, Total | 90.4 | 1.6 | lbs/day | Average Monthly |
| 12/1/2014 | 12/31/2014 | 101 | Total Suspended Solids | < 388 | 86 | lbs/day | Average Monthly |
| 12/1/2014 | 12/31/2014 | 101 | Copper, Total | 448.7 | 3 | lbs/day | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Total Suspended Solids | 1888 | 179 | lbs/day | Daily Maximum |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 12/1/2014 | 12/31/2014 | 101 | Copper, Total | 1.38 | 1.28 | mg/L | Daily Maximum |
| 12/1/2014 | 12/31/2014 | 101 | Total Suspended Solids | 25 | 20 | mg/L | Daily Maximum |
| 1/1/2015 | 1/31/2015 | 001 | Copper, Total | 0.9 | 0.4 | mg/L | Average Monthly |
| 1/1/2015 | 1/31/2015 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 1/1/2015 | 1/31/2015 | 101 | pH | 5.9 | 7.5 | S.U. | Minimum |
| 1/1/2015 | 1/31/2015 | 101 | Copper, Total | 0.93 | 0.61 | mg/L | Average Monthly |
| 1/1/2015 | 1/31/2015 | 101 | Copper, Total | 1.37 | 1.28 | mg/L | Daily Maximum |
| 1/1/2015 | 1/31/2015 | 101 | pH | 12.2 | 10 | S.U. | Maximum |
| 1/1/2015 | 1/31/2015 | 101 | Copper, Total | 1.7 | 1.6 | lbs/day | Average Monthly |
| 1/1/2015 | 1/31/2015 | 101 | Copper, Total | 3.1 | 3 | lbs/day | Daily Maximum |
| 1/1/2015 | 1/31/2015 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 2/1/2015 | 2/28/2015 | 001 | Copper, Total | 1 | 0.4 | mg/L | Average Monthly |
| 2/1/2015 | 2/28/2015 | 001 | Copper, Total | 1.4 | 0.8 | mg/L | Daily Maximum |
| 2/1/2015 | 2/28/2015 | 101 | pH | 7 | 7.5 | S.U. | Minimum |
| 2/1/2015 | 2/28/2015 | 101 | Copper, Total | 1.16 | 0.61 | mg/L | Average Monthly |
| 2/1/2015 | 2/28/2015 | 101 | Copper, Total | 1.92 | 1.28 | mg/L | Daily Maximum |
| 2/1/2015 | 2/28/2015 | 101 | pH | 11.8 | 10 | S.U. | Maximum |
| 2/1/2015 | 2/28/2015 | 101 | Copper, Total | 2.9 | 1.6 | lbs/day | Average Monthly |
| 2/1/2015 | 2/28/2015 | 101 | Copper, Total | 4.3 | 3 | lbs/day | Daily Maximum |
| 2/1/2015 | 2/28/2015 | 101 | pH | 11.7 | 10 | SU | Maximum |
| 2/1/2015 | 2/28/2015 | 101 | Copper, Total | 3.2 | 3.0 | lb/day | Daily Maximum |
| 2/1/2015 | 2/28/2015 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 2/1/2015 | 2/28/2015 | 101 | pH | 7.2 | 7.5 | SU | Minimum |
| 3/1/2015 | 3/31/2015 | 001 | pH | 10 | 9 | S.U. | Maximum |
| 3/1/2015 | 3/31/2015 | 001 | pH | 9.1 | 9.0 | SU | Maximum |
| 3/1/2015 | 3/31/2015 | 001 | pH | 9.1 | 9.0 | SU | Maximum |
| 3/1/2015 | 3/31/2015 | 001 | pH | 10 | 9.0 | SU | Maximum |
| 3/1/2015 | 3/31/2015 | 101 | pH | 7.2 | 7.5 | S.U. | Minimum |
| 3/1/2015 | 3/31/2015 | 101 | Copper, Total | 0.76 | 0.61 | mg/L | Average Monthly |
| 3/1/2015 | 3/31/2015 | 101 | pH | 10.3 | 10 | S.U. | Maximum |
| 3/1/2015 | 3/31/2015 | 101 | Copper, Total | 2.2 | 1.6 | lbs/day | Average Monthly |
| 3/1/2015 | 3/31/2015 | 101 | pH | 7.4 | 7.5 | SU | Minimum |
| 3/1/2015 | 3/31/2015 | 101 | pH | 10.1 | 10 | SU | Maximum |
| 4/1/2015 | 4/30/2015 | 101 | Copper, Total | 0.85 | 0.61 | mg/L | Average Monthly |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 4/1/2015 | 4/30/2015 | 101 | pH | 10.2 | 10 | S.U. | Maximum |
| 4/1/2015 | 4/30/2015 | 101 | Copper, Total | 2 | 1.6 | lbs/day | Average Monthly |
| 4/1/2015 | 4/30/2015 | 101 | pH | 10.1 | 10 | SU | Maximum |
| 5/1/2015 | 5/31/2015 | 001 | Copper, Total | 1.4 | 0.4 | mg/L | Average Monthly |
| 5/1/2015 | 5/31/2015 | 001 | Copper, Total | 1.5 | 0.8 | mg/L | Daily Maximum |
| 5/1/2015 | 5/31/2015 | 001 | Copper, Total | 1.3 | 0.8 | mg/L | Daily Maximum |
| 5/1/2015 | 5/31/2015 | 101 | Copper, Total | 0.77 | 0.61 | mg/L | Average Monthly |
| 5/1/2015 | 5/31/2015 | 101 | Copper, Total | 2.1 | 1.6 | lbs/day | Average Monthly |
| 5/1/2015 | 5/31/2015 | 101 | Copper, Total | 3.5 | 3 | lbs/day | Daily Maximum |
| 6/1/2015 | 6/30/2015 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 7/1/2015 | 7/31/2015 | 001 | Copper, Total | 0.8 | 0.4 | mg/L | Average Monthly |
| 7/1/2015 | 7/31/2015 | 001 | Copper, Total | 1.5 | 0.8 | mg/L | Daily Maximum |
| 7/1/2015 | 7/31/2015 | 001 | Copper, Total | 1.2 | 0.8 | mg/L | Daily Maximum |
| 7/1/2015 | 7/31/2015 | 101 | Copper, Total | 0.92 | 0.61 | mg/L | Average Monthly |
| 7/1/2015 | 7/31/2015 | 101 | Copper, Total | 2.01 | 1.28 | mg/L | Daily Maximum |
| 7/1/2015 | 7/31/2015 | 101 | Copper, Total | 1.89 | 1.28 | mg/L | Daily Maximum |
| 8/1/2015 | 8/31/2015 | 001 | Copper, Total | 1 | 0.4 | mg/L | Average Monthly |
| 8/1/2015 | 8/31/2015 | 001 | Copper, Total | 1.4 | 0.8 | mg/L | Daily Maximum |
| 8/1/2015 | 8/31/2015 | 001 | Copper, Total | 1.1 | 0.8 | mg/L | Daily Maximum |
| 8/1/2015 | 8/31/2015 | 001 | Copper, Total | 1.2 | 0.8 | mg/L | Daily Maximum |
| 8/1/2015 | 8/31/2015 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 8/1/2015 | 8/31/2015 | 101 | Copper, Total | 4.2 | 3 | lbs/day | Daily Maximum |
| 9/1/2015 | 9/30/2015 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 9/1/2015 | 9/30/2015 | 101 | Copper, Total | 3.6 | 3 | lbs/day | Daily Maximum |
| 10/1/2015 | 10/31/2015 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 11/1/2015 | 11/30/2015 | 001 | Copper, Total | 0.6 | 0.4 | mg/L | Average Monthly |
| 11/1/2015 | 11/30/2015 | 101 | pH | 7 | 7.5 | S.U. | Minimum |
| 11/1/2015 | 11/30/2015 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 12/1/2015 | 12/31/2015 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 12/1/2015 | 12/31/2015 | 101 | pH | 7 | 7.5 | S.U. | Minimum |
| 12/1/2015 | 12/31/2015 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 12/1/2015 | 12/31/2015 | 101 | pH | 7.0 | 7.5 | SU | Minimum |
| 1/1/2016 | 1/31/2016 | 001 | Copper, Total | 1.3 | 0.4 | mg/L | Average Monthly |
| 1/1/2016 | 1/31/2016 | 001 | Copper, Total | 2.8 | 0.8 | mg/L | Daily Maximum |
| 1/1/2016 | 1/31/2016 | 101 | pH | 7 | 7.5 | S.U. | Minimum |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 1/1/2016 | 1/31/2016 | 101 | Copper, Total | 3.4 | 3 | lbs/day | Daily Maximum |
| 1/1/2016 | 1/31/2016 | 101 | pH | 7 | 7.5 | SU | Minimum |
| 1/1/2016 | 1/31/2016 | 101 | pH | 7 | 7.5 | SU | Minimum |
| 2/1/2016 | 2/29/2016 | 001 | Copper, Total | 0.8 | 0.4 | mg/L | Average Monthly |
| 2/1/2016 | 2/29/2016 | 001 | Copper, Total | 1.3 | 0.8 | mg/L | Daily Maximum |
| 2/1/2016 | 2/29/2016 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 2/1/2016 | 2/29/2016 | 101 | pH | 7 | 7.5 | S.U. | Minimum |
| 2/1/2016 | 2/29/2016 | 101 | Copper, Total | 0.9 | 0.61 | mg/L | Average Monthly |
| 2/1/2016 | 2/29/2016 | 101 | Copper, Total | 1.71 | 1.28 | mg/L | Daily Maximum |
| 2/1/2016 | 2/29/2016 | 101 | Copper, Total | 1.8 | 1.6 | lbs/day | Average Monthly |
| 2/1/2016 | 2/29/2016 | 101 | Copper, Total | 3.1 | 3 | lbs/day | Daily Maximum |
| 2/1/2016 | 2/29/2016 | 101 | pH | 7.0 | 7.5 | SU | Minimum |
| 2/1/2016 | 2/29/2016 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 2/1/2016 | 2/29/2016 | 101 | pH | 7.0 | 7.5 | SU | Minimum |
| 3/1/2016 | 3/31/2016 | 001 | Copper, Total | 0.9 | 0.4 | mg/L | Average Monthly |
| 3/1/2016 | 3/31/2016 | 001 | Copper, Total | 1.4 | 0.8 | mg/L | Daily Maximum |
| 3/1/2016 | 3/31/2016 | 001 | Copper, Total | 1.3 | 0.8 | mg/L | Daily Maximum |
| 3/1/2016 | 3/31/2016 | 101 | pH | 7 | 7.5 | S.U. | Minimum |
| 3/1/2016 | 3/31/2016 | 101 | Copper, Total | 0.69 | 0.61 | mg/L | Average Monthly |
| 3/1/2016 | 3/31/2016 | 101 | Copper, Total | 1.39 | 1.28 | mg/L | Daily Maximum |
| 3/1/2016 | 3/31/2016 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 3/1/2016 | 3/31/2016 | 101 | pH | 7.1 | 7.5 | SU | Minimum |
| 3/1/2016 | 3/31/2016 | 101 | pH | 7.0 | 7.5 | SU | Minimum |
| 4/1/2016 | 4/30/2016 | 101 | pH | 6.9 | 7.5 | S.U. | Minimum |
| 4/1/2016 | 4/30/2016 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 4/1/2016 | 4/30/2016 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 5/1/2016 | 5/31/2016 | 101 | pH | 7.1 | 7.5 | S.U. | Minimum |
| 5/1/2016 | 5/31/2016 | 101 | Copper, Total | 0.76 | 0.61 | mg/L | Average Monthly |
| 5/1/2016 | 5/31/2016 | 101 | Copper, Total | 1.93 | 1.28 | mg/L | Daily Maximum |
| 5/1/2016 | 5/31/2016 | 101 | Copper, Total | 4.1 | 3 | lbs/day | Daily Maximum |
| 5/1/2016 | 5/31/2016 | 101 | pH | 7.2 | 7.5 | SU | Minimum |
| 5/1/2016 | 5/31/2016 | 101 | pH | 7.3 | 7.5 | SU | Minimum |
| 6/1/2016 | 6/30/2016 | 001 | Copper, Total | 0.5 | 0.4 | mg/L | Average Monthly |
| 8/1/2016 | 8/31/2016 | 101 | Copper, Total | 1.03 | 0.61 | mg/L | Average Monthly |
| 8/1/2016 | 8/31/2016 | 101 | Copper, Total | 1.63 | 1.28 | mg/L | Daily Maximum |

**Appendix A1: Unlawful Discharges of Pollutants Without a Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 9/1/2016 | 9/30/2016 | 001 | Copper, Total | 0.8 | 0.4 | mg/L | Average Monthly |
| 9/1/2016 | 9/30/2016 | 001 | Copper, Total | 1.2 | 0.8 | mg/L | Daily Maximum |
| 9/1/2016 | 9/30/2016 | 101 | Copper, Total | 1.02 | 0.61 | mg/L | Average Monthly |
| 9/1/2016 | 9/30/2016 | 101 | Copper, Total | 1.36 | 1.28 | mg/L | Daily Maximum |
| 9/1/2016 | 9/30/2016 | 101 | Copper, Total | 1.3 | 1.28 | mg/L | Daily Maximum |
| 10/1/2016 | 10/31/2016 | 001 | Copper, Total | 0.8 | 0.4 | mg/L | Average Monthly |
| 10/1/2016 | 10/31/2016 | 001 | Copper, Total | 1.1 | 0.8 | mg/L | Daily Maximum |
| 10/1/2016 | 10/31/2016 | 101 | Copper, Total | 1.18 | 0.61 | mg/L | Average Monthly |
| 10/1/2016 | 10/31/2016 | 101 | Copper, Total | 1.65 | 1.28 | mg/L | Daily Maximum |
| 10/1/2016 | 10/31/2016 | 101 | Copper, Total | 2.03 | 1.28 | mg/L | Daily Maximum |