**Appendix A2: Unlawful Discharges of Pollutants Without a Permit**

| Date | Description | Outfall |
|---|---|---|
| 1/5/2012 | Sheen | 001 |
| 1/10/2012 | Sheen | 001 |
| 1/16/2012 | Sheen | 001 |
| 2/2/2012 | Sheen | 001 |
| 2/3/2012 | Sheen | 001 |
| 2/4/2012 | Sheen | 001 |
| 2/5/2012 | Sheen | 001 |
| 2/7/2012 | Sheen | 001 |
| 2/8/2012 | Sheen | 001 |
| 2/10/2012 | Sheen | 001 |
| 2/14/2012 | Sheen | 001, 002 |
| 2/15/2012 | Sheen | 001, 002 |
| 2/16/2012 | Sheen | 001, 002 |
| 2/21/2012 | Sheen | 001, 002 |
| 2/29/2012 | Sheen | 001, 002 |
| 3/8/2012 | Sheen | 001 |
| 3/10/2012 | Sheen | 001 |
| 3/13/2012 | Sheen | 001 |
| 3/15/2012 | Sheen | 001 |
| 3/16/2012 | Sheen | 001 |
| 3/19/2012 | Sheen | 001 |
| 4/2/2012 | Sheen | 001 |
| 5/8/2012 | Sheen | 001, 002 |
| 6/1/2012 | Sheen | 001 |
| 6/18/2012 | Sheen | 001 |
| 7/4/2012 | Sheen | 001 |
| 8/3/2012 | Sheen | 002 |
| 8/24/2012 | Sheen | 002 |
| 10/2/2012 | Sheen | 001 |
| 12/7/2012 | Sheen | 001 |
| 12/20/2012 | Sheen | 001 |
| 12/25/2012 | Sheen | 001 |
| 12/26/2012 | Sheen | 001 |
| 12/28/2012 | Sheen | 001 |
| 12/29/2012 | Sheen | 001 |
| 12/30/2012 | Sheen | 001 |
| 1/19/2013 | Sheen | 001 |
| 1/21/2013 | Sheen | 001 |
| 1/22/2013 | Sheen | 001 |
| 1/30/2013 | Sheen | 001 |
| 2/5/2013 | Sheen | 001 |
| 2/6/2013 | Sheen | 001 |
| 2/7/2013 | Sheen | 001 |
| 2/8/2013 | Sheen | 001 |

**Appendix A2: Unlawful Discharges of Pollutants Without a Permit**

| Date | Description | Outfall |
|---|---|---|
| 2/10/2013 | Sheen | 001 |
| 2/19/2013 | Sheen | 001 |
| 2/21/2013 | Sheen | 001 |
| 2/26/2013 | Sheen | 001 |
| 3/12/2013 | Sheen | 001 |
| 3/18/2013 | Sheen | 001 |
| 4/28/2013 | Sheen | 002 |
| 5/26/2013 | Sheen | 001 |
| 6/16/2013 | Sheen | 001 |
| 6/19/2013 | Sheen | 001 |
| 6/27/2013 | Sheen | 001 |
| 7/28/2013 | Sheen | 001, 002 |
| 8/5/2013 | Sheen | 001 |
| 8/6/2013 | Sheen | 001, 002 |
| 8/7/2013 | Sheen | 001 |
| 8/11/2013 | Sheen | 001 |
| 10/19/2013 | Sheen | 001 |
| 10/30/2013 | Sheen | 001 |
| 11/2/2013 | Sheen | 001 |
| 11/23/2013 | Sheen | 001, 002 |
| 11/28/2013 | Sheen | 001 |
| 11/29/2013 | Sheen | 001 |
| 11/30/2013 | Sheen | 001 |
| 12/1/2013 | Sheen | 001 |
| 12/2/2013 | Sheen | 001 |
| 12/3/2013 | Sheen | 001 |
| 12/4/2013 | Sheen | 001 |
| 12/8/2013 | Sheen | 001 |
| 12/10/2013 | Sheen | 001 |
| 12/12/2013 | Sheen | 001 |
| 12/13/2013 | Sheen | 001 |
| 12/14/2013 | Sheen | 001 |
| 12/15/2013 | Sheen | 001 |
| 12/16/2013 | Sheen | 001 |
| 12/21/2013 | Sheen | 001, 002 |
| 12/29/2013 | Sheen | 001 |
| 1/1/2014 | Sheen | 001 |
| 1/4/2014 | Sheen | 001 |
| 1/5/2014 | Sheen | 001 |
| 1/11/2014 | Sheen | 001, 002 |
| 1/12/2014 | Sheen | 001 |
| 1/18/2014 | Sheen | 001 |
| 1/19/2014 | Sheen | 001 |
| 1/25/2014 | Sheen | 001 |

**Appendix A2: Unlawful Discharges of Pollutants Without a Permit**

| Date | Description | Outfall |
|---|---|---|
| 1/26/2014 | Sheen | 001 |
| 2/1/2014 | Sheen | 001 |
| 2/2/2014 | Sheen | 001, 002 |
| 2/8/2014 | Sheen | 001 |
| 2/9/2014 | Sheen | 001 |
| 2/15/2014 | Sheen | 001 |
| 2/16/2014 | Sheen | 001 |
| 2/17/2014 | Sheen | 001 |
| 2/19/2014 | Sheen | 001 |
| 2/25/2014 | Sheen | 001 |
| 2/26/2014 | Sheen | 001 |
| 3/8/2014 | Sheen | 001 |
| 3/17/2014 | Sheen | 001 |
| 3/23/2014 | Sheen | 001 |
| 3/29/2014 | Sheen | 001 |
| 4/4/2014 | Sheen | 001 |
| 4/13/2014 | Sheen | 001 |
| 5/3/2014 | Sheen | 001 |
| 5/4/2014 | Sheen | 001 |
| 5/14/2014 | Sheen | 001 |
| 5/25/2014 | Sheen | 001 |
| 6/23/2014 | Sheen | 001 |
| 6/28/2014 | Sheen | 001 |
| 7/19/2014 | Sheen | 002 |
| 7/20/2014 | Sheen | 002 |
| 7/21/2014 | Sheen | 002 |
| 9/4/2014 | Sheen | 001 |
| 11/3/2014 | Sheen | 001, 002 |
| 11/10/2014 | Sheen | 002 |
| 11/17/2014 | Sheen | 002 |
| 12/9/2014 | Sheen | 001 |
| 12/10/2014 | Sheen | 001 |
| 12/11/2014 | Sheen | 001 |
| 12/13/2014 | Sheen | 001 |
| 12/14/2014 | Sheen | 001 |
| 12/15/2014 | Sheen | 001 |
| 12/16/2014 | Sheen | 001 |
| 12/17/2014 | Sheen | 001 |
| 12/19/2014 | Sheen | 001 |
| 12/23/2014 | Sheen | 001 |
| 12/24/2014 | Sheen | 001 |
| 12/25/2014 | Sheen | 001, 002 |
| 12/26/2014 | Sheen | 001 |
| 12/27/2014 | Sheen | 001 |

Appendix A2: Unlawful Discharges of Pollutants Without a Permit

| Date | Description | Outfall |
|---|---|---|
| 12/28/2014 | Sheen | 001 |
| 12/29/2014 | Sheen | 001 |
| 1/1/2015 | Sheen | 001 |
| 1/2/2015 | Sheen | 001 |
| 1/3/2015 | Sheen | 001 |
| 1/4/2015 | Sheen | 001 |
| 1/5/2015 | Sheen | 001 |
| 1/6/2015 | Sheen | 001, 002 |
| 1/7/2015 | Sheen | 001 |
| 1/8/2015 | Sheen | 001 |
| 1/9/2015 | Sheen | 001 |
| 1/10/2015 | Sheen | 001 |
| 1/11/2015 | Sheen | 001 |
| 1/12/2015 | Sheen | 001 |
| 1/13/2015 | Sheen | 001 |
| 1/14/2015 | Sheen | 001 |
| 1/15/2015 | Sheen | 001 |
| 1/16/2015 | Sheen | 001 |
| 1/17/2015 | Sheen | 001 |
| 1/19/2015 | Sheen | 001 |
| 1/20/2015 | Sheen | 001 |
| 1/21/2015 | Sheen | 001 |
| 1/22/2015 | Sheen | 001 |
| 1/23/2015 | Sheen | 001 |
| 1/24/2015 | Sheen | 001 |
| 1/25/2015 | Sheen | 001 |
| 1/26/2015 | Sheen | 001 |
| 1/27/2015 | Sheen | 001 |
| 1/29/2015 | Sheen | 001 |
| 1/30/2015 | Sheen | 001 |
| 1/31/2015 | Sheen | 001 |
| 2/2/2015 | Sheen | 001 |
| 2/3/2015 | Sheen | 001 |
| 2/4/2015 | Sheen | 001 |
| 2/5/2015 | Sheen | 001 |
| 2/6/2015 | Sheen | 001 |
| 2/7/2015 | Sheen | 001 |
| 2/8/2015 | Sheen | 001 |
| 2/9/2015 | Sheen | 001 |
| 2/10/2015 | Sheen | 001 |
| 2/11/2015 | Sheen | 001 |
| 2/14/2015 | Sheen | 001 |
| 2/16/2015 | Sheen | 001 |
| 2/17/2015 | Sheen | 001 |

**Appendix A2: Unlawful Discharges of Pollutants Without a Permit**

| Date | Description | Outfall |
|---|---|---|
| 2/18/2015 | Sheen | 001 |
| 2/19/2015 | Sheen | 001 |
| 2/24/2015 | Sheen | 001 |
| 4/18/2015 | Sheen | 001, 002 |
| 5/24/2015 | Sheen | 001 |
| 5/25/2015 | Sheen | 001 |
| 5/26/2015 | Sheen | 001 |
| 5/29/2015 | Sheen | 001 |
| 5/30/2015 | Sheen | 001 |
| 6/20/2015 | Sheen | 001 |
| 1/2/2016 | Sheen | 001 |
| 1/6/2016 | Sheen | 001 |
| 1/8/2016 | Sheen | 001 |
| 1/10/2016 | Sheen | 001 |
| 1/12/2016 | Sheen | 001 |
| 1/16/2016 | Sheen | 001 |
| 1/17/2016 | Sheen | 001 |
| 1/22/2016 | Sheen | 001 |
| 1/23/2016 | Sheen | 001 |
| 1/24/2016 | Sheen | 001 |
| 1/26/2016 | Sheen | 001 |
| 1/30/2016 | Sheen | 001 |
| 2/3/2016 | Sheen | 001 |
| 2/9/2016 | Sheen | 001 |
| 2/13/2016 | Sheen | 001 |
| 2/14/2016 | Sheen | 001 |
| 2/20/2016 | Sheen | 001 |
| 2/24/2016 | Sheen | 001 |
| 2/29/2016 | Sheen | 001 |
| 3/5/2016 | Sheen | 001 |
| 3/14/2016 | Sheen | 001 |
| 5/17/2016 | Sheen | 001 |
| 7/28/2016 | Sheen | 001 |
| 10/2/2016 | Sheen | 001 |