**Appendix B1: Violations of NPDES Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 11/1/2016 | 11/30/2016 | 001 | Copper, Total | 1.1 | 0.4 | mg/L | Average Monthly |
| 11/1/2016 | 11/30/2016 | 001 | Copper, Total | 2.7 | 0.8 | mg/L | Daily Maximum |
| 11/1/2016 | 11/30/2016 | 001 | Copper, Total | 1.7 | 0.8 | mg/L | Daily Maximum |
| 11/1/2016 | 11/30/2016 | 101 | Total Suspended Solids | 23 | 15 | mg/L | Daily Maximum |
| 12/1/2016 | 12/31/2016 | 101 | Copper, Total | 1.08 | 0.61 | mg/L | Average Monthly |
| 12/1/2016 | 12/31/2016 | 101 | Copper, Total | 2 | 1.28 | mg/L | Daily Maximum |
| 12/1/2016 | 12/31/2016 | 101 | Copper, Total | 1.43 | 1.28 | mg/L | Daily Maximum |
| 1/1/2017 | 1/31/2017 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 1/1/2017 | 1/31/2017 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 1/1/2017 | 1/31/2017 | 101 | Copper, Total | 1.16 | 0.61 | mg/L | Average Monthly |
| 1/1/2017 | 1/31/2017 | 101 | Copper, Total | 2.91 | 1.28 | mg/L | Daily Maximum |
| 2/1/2017 | 2/28/2017 | 001 | Copper, Total | 1 | 0.4 | mg/L | Average Monthly |
| 2/1/2017 | 2/28/2017 | 001 | Copper, Total | 2.1 | 0.8 | mg/L | Daily Maximum |
| 2/1/2017 | 2/28/2017 | 101 | Copper, Total | 1.24 | 0.61 | mg/L | Average Monthly |
| 2/1/2017 | 2/28/2017 | 101 | Copper, Total | 2.06 | 1.28 | mg/L | Daily Maximum |
| 2/1/2017 | 2/28/2017 | 101 | Total Suspended Solids | 17 | 15 | mg/L | Daily Maximum |
| 2/1/2017 | 2/28/2017 | 101 | Copper, Total | 1.98 | 1.59 | lbs/day | Average Monthly |
| 2/1/2017 | 2/28/2017 | 101 | Copper, Total | 3.477 | 3.034 | lbs/day | Daily Maximum |
| 3/1/2017 | 3/31/2017 | 001 | Copper, Total | 4.1 | 0.4 | mg/L | Average Monthly |
| 3/1/2017 | 3/31/2017 | 001 | Copper, Total | 4.1 | 0.8 | mg/L | Daily Maximum |
| 3/1/2017 | 3/31/2017 | 001 | pH | 9.5 | 9 | S.U. | Maximum |
| 4/1/2017 | 4/30/2017 | 001 | Copper, Total | 0.7 | 0.4 | mg/L | Average Monthly |
| 4/1/2017 | 4/30/2017 | 001 | Copper, Total | 1.1 | 0.8 | mg/L | Daily Maximum |
| 4/1/2017 | 4/30/2017 | 101 | Copper, Total | 2.53 | 0.61 | mg/L | Average Monthly |
| 4/1/2017 | 4/30/2017 | 101 | Copper, Total | 7.15 | 1.28 | mg/L | Daily Maximum |
| 4/1/2017 | 4/30/2017 | 101 | Copper, Total | 3.8 | 1.59 | lbs/day | Average Monthly |
| 4/1/2017 | 4/30/2017 | 101 | Copper, Total | 10.979 | 3.034 | lbs/day | Daily Maximum |
| 4/1/2017 | 4/30/2017 | 101 | Copper, Total | 3.709 | 3.034 | lb/day | Daily Maximum |
| 4/1/2017 | 5/1/2017 | 101 | Copper, Total | 2.70 | 1.28 | mg/L | Daily Maximum |
| 12/1/2017 | 12/31/2017 | 001 | Copper, Total | 0.9 | 0.8 | mg/L | Daily Maximum |
| 1/1/2018 | 1/31/2018 | 101 | pH | 12.3 | 10 | S.U. | Daily Maximum |
| 1/1/2018 | 1/31/2018 | 101 | pH | 12.3 | 10 | S.U. | Daily Maximum |
| 1/1/2018 | 1/31/2018 | 101 | pH | 11.7 | 10 | S.U. | Daily Maximum |

**Appendix B1: Violations of NPDES Permit**

| MONITORING START DATE | MONITORING END DATE | OUTFALL | PARAMETER | SAMPLE VALUE | PERMIT VALUE | UNIT OF MEASURE | VIOLATION TYPE |
|---|---|---|---|---|---|---|---|
| 1/1/2018 | 1/31/2018 | 101 | pH | 11.5 | 10 | S.U. | Daily Maximum |
| 1/1/2018 | 1/31/2018 | 101 | pH | 11.5 | 10 | S.U. | Daily Maximum |
| 1/1/2018 | 1/31/2018 | 101 | pH | 11.1 | 10 | S.U. | Daily Maximum |
| 1/6/2018 | 1/31/2018 | 101 | pH | 10.2 | 10 | S.U. | Daily Maximum |
| 7/1/2018 | 7/31/2018 | 101 | pH | 10.1 | 10 | S.U. | Daily Maximum |
| 8/1/2018 | 8/31/2018 | 001 | Copper, Total | 2.1 | 0.8 | mg/L | Daily Maximum |
| 11/1/2018 | 11/30/2018 | 101 | pH | 10.1 | 10 | S.U. | Daily Maximum |
| 2/1/2019 | 2/28/2019 | 101 | Total Suspended Solids | 18.5 | 15 | mg/L | Daily Maximum |
| 2/1/2019 | 2/28/2019 | 101 | pH | 11.3 | 10 | S.U. | Daily Maximum |
| 9/1/2019 | 9/30/2019 | 001 | Copper, Total | 0.585 | 0.4 | mg/L | Average Monthly |
| 9/1/2019 | 9/30/2019 | 001 | Copper, Total | 1.29 | 0.8 | mg/L | Daily Maximum |
| 10/1/2019 | 10/31/2019 | 001 | Copper, Total | 1 | 0.8 | mg/L | Daily Maximum |
| 4/1/2020 | 4/30/2020 | 001 | Copper, Total | 1.521 | 0.4 | mg/L | Average Monthly |
| 4/1/2020 | 4/30/2020 | 001 | Copper, Total | 2.73 | 0.8 | mg/L | Daily Maximum |
| 4/1/2020 | 4/30/2020 | 001 | Total Suspended Solids | 76 | 60 | mg/L | Daily Maximum |
| 8/1/2020 | 8/31/2020 | 101 | Oil and Grease | 11.6 | 10 | mg/L | Daily Maximum |
| 10/1/2020 | 10/31/2020 | 101 | Oil and Grease | 10.6 | 10 | mg/L | Daily Maximum |
| 11/1/2020 | 11/30/2020 | 101 | Total Suspended Solids | < 12.1 | 12 | mg/L | Average Monthly |
| 11/1/2020 | 11/30/2020 | 101 | Total Suspended Solids | < 33.3 | 15 | mg/L | Daily Maximum |
| 1/1/2021 | 1/31/2021 | 001 | Copper, Total | 2.6 | 0.8 | mg/L | Daily Maximum |