**Appendix B2: Violations of NPDES Permit**

| Date | Description | Outfall |
|---|---|---|
| 11/26/2016 | Sheen | 001 |
| 11/27/2016 | Sheen | 001 |
| 11/28/2016 | Sheen | 001 |
| 12/4/2016 | Sheen | 001 |
| 12/11/2016 | Sheen | 001 |
| 12/14/2016 | Sheen | 001 |
| 12/17/2016 | Sheen | 001 |
| 12/31/2016 | Sheen | 001 |
| 1/3/2017 | Sheen | 001 |
| 1/10/2017 | Sheen | 001 |
| 1/28/2017 | Sheen | 001 |
| 1/31/2017 | Sheen | 001 |
| 2/3/2017 | Sheen | 001 |
| 2/5/2017 | Sheen | 001 |
| 2/8/2017 | Sheen | 001 |
| 2/18/2017 | Sheen | 002 |
| 3/4/2017 | Sheen | 001 |
| 4/23/2017 | Sheen | 001, 002 |
| 7/6/2017 | Sheen | 002 |
| 9/2/2017 | Sheen | 001 |
| 9/30/2017 | Sheen | 001 |
| 10/10/2017 | Sheen | 001 |
| 10/27/2017 | Sheen | 001 |
| 11/14/2017 | Sheen | 001 |
| 11/15/2017 | Sheen | 001 |
| 11/17/2017 | Sheen | 001 |
| 11/18/2017 | Sheen | 001 |
| 11/24/2017 | Sheen | 001 |
| 11/25/2017 | Sheen | 001 |
| 12/5/2017 | Sheen | 001 |
| 12/6/2017 | Sheen | 001 |
| 12/9/2017 | Sheen | 001 |
| 12/11/2017 | Sheen | 001 |
| 12/12/2017 | Sheen | 001 |
| 12/13/2017 | Sheen | 001 |
| 12/14/2017 | Sheen | 001 |
| 12/16/2017 | Sheen | 001 |
| 12/17/2017 | Sheen | 001 |
| 12/18/2017 | Sheen | 001 |
| 12/19/2017 | Sheen | 001 |
| 12/23/2017 | Sheen | 001 |
| 12/24/2017 | Sheen | 001 |
| 12/26/2017 | Sheen | 001 |
| 12/27/2017 | Sheen | 001 |

**Appendix B2: Violations of NPDES Permit**

| Date | Description | Outfall |
|---|---|---|
| 12/28/2017 | Sheen | 001 |
| 12/29/2017 | Sheen | 001 |
| 12/30/2017 | Sheen | 001 |
| 12/31/2017 | Sheen | 001 |
| 1/1/2018 | Sheen | 001 |
| 1/2/2018 | Sheen | 001 |
| 1/3/2018 | Sheen | 001 |
| 1/4/2018 | Sheen | 001 |
| 1/5/2018 | Sheen | 001 |
| 1/6/2018 | Sheen | 001 |
| 1/7/2018 | Sheen | 001 |
| 1/8/2018 | Sheen | 001 |
| 1/9/2018 | Sheen | 001 |
| 1/10/2018 | Sheen | 001 |
| 1/11/2018 | Sheen | 001 |
| 1/19/2018 | Sheen | 001 |
| 1/20/2018 | Sheen | 001 |
| 1/21/2018 | Sheen | 001 |
| 1/26/2018 | Sheen | 001 |
| 1/27/2018 | Sheen | 001 |
| 1/28/2018 | Sheen | 001 |
| 1/29/2018 | Sheen | 001 |
| 1/30/2018 | Sheen | 001 |
| 1/31/2018 | Sheen | 001 |
| 2/1/2018 | Sheen | 001 |
| 2/2/2018 | Sheen | 001 |
| 2/4/2018 | Sheen | 001 |
| 2/5/2018 | Sheen | 001 |
| 2/7/2018 | Sheen | 001 |
| 2/8/2018 | Sheen | 001 |
| 2/10/2018 | Sheen | 001 |
| 2/11/2018 | Sheen | 001 |
| 3/10/2018 | Sheen | 001 |
| 3/13/2018 | Sheen | 001 |
| 3/20/2018 | Sheen | 001 |
| 3/22/2018 | Sheen | 001 |
| 3/28/2018 | Sheen | 001 |
| 4/11/2018 | Sheen | 001 |
| 4/12/2018 | Sheen | 001 |
| 4/15/2018 | Sheen | 001 |
| 4/24/2018 | Sheen | 001 |
| 4/27/2018 | Sheen | 001 |
| 5/4/2018 | Sheen | 001 |
| 5/7/2018 | Sheen | 001 |

**Appendix B2: Violations of NPDES Permit**

| Date | Description | Outfall |
|---|---|---|
| 5/10/2018 | Sheen | 001 |
| 5/31/2018 | Sheen | 001 |
| 6/1/2018 | Sheen | 001 |
| 6/2/2018 | Sheen | 001 |
| 6/9/2018 | Sheen | 001 |
| 6/23/2018 | Sheen | 002 |
| 6/25/2018 | Sheen | 001 |
| 6/29/2018 | Sheen | 001, 002 |
| 7/30/2018 | Sheen | 001 |
| 8/1/2018 | Sheen | 001 |
| 8/3/2018 | Sheen | 001 |
| 8/13/2018 | Sheen | 001 |
| 9/17/2018 | Sheen | 001 |
| 10/15/2018 | Sheen | 001 |
| 10/26/2018 | Sheen | 001 |
| 11/24/2018 | Sheen | 001 |
| 12/8/2018 | Sheen | 001 |
| 12/15/2018 | Sheen | 001 |
| 12/28/2018 | Sheen | 001 |
| 12/31/2018 | Sheen | 001 |
| 1/7/2019 | Sheen | 001 |
| 1/9/2019 | Sheen | 001 |
| 1/23/2019 | Sheen | 001 |
| 2/6/2019 | Sheen | 001 |
| 12/2/2019 | Sheen | 001 |
| 7/8/2020 | Sheen | 002 |
| 8/17/2020 | Sheen | 002 |
| 8/18/2020 | Sheen | 002 |
| 2/11/2021 | Sheen | 001 |
| 2/15/2021 | Sheen | 001 |
| 6/11/2021 | Sheen | 002 |